IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OFC. CHRISTOPHER M. ZAMORA, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § § | C.A. NO. 4:07-CV-4510 |
| CITY OF HOUSTON | § § | (ON REMAND) |
| *Defendant.* | § § § § | |

## PLAINTIFF'S WITNESS LIST

The following individuals have personal knowledge of relevant facts in this cause of action and **will** be called as a witness for trial:

1. Officer C. M. Zamora, may be reached through counsel

2. Lieutenant M. F. Zamora, Ph. D.
   Assistant Professor
   Center for Security Studies
   Angelo State University
   Member, Texas Tech University System
   ASU Station #10922
   San Angelo, TX 76909-0922
   (325) 486-6686 (office)
   Plaintiff's father; testify to the filing and allegations contained in December 20, 2007 EEOC complaint (and all amendments); testify to the filing and allegations contained in Cause No. 4:07-CV-4510; testify to the filing and allegations alleged in IAD # 36801-2010.

3. James Iglinsky Sergeant, Houston Police Department Legal Services
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300

    Testify about the contents of Officer C. M. Zamora's IAD file and 3 x 5 (both public and private); testify about HPD policy and procedures as they relate to discipline, expunction of records, and record keeping; testify about policies and procedures as it relates to processing of employment records and files between various departments of the Houston Police Department.

4. Captain Michael Graham Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston, Legal Department
   900 Bagby, Thrid Floor
   Houston, TX 77002 (832) 393-6300
   Captain Graham has knowledge about the facts of this case was the Commander of the Gang Unit.

5. Lieutenant Steven Casko Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston, Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Lieutenant Casko has knowledge about the facts of this case and works in the Crime Reduction Unit.

6. Sergeant Mark Myskowski Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston, Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Sergeant Myskowski has knowledge about the facts of this case and worked in the Crime Reduction Unit.

7. Sergeant Reid Cashdollar Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston, Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Sergeant Cashdollar has knowledge about the facts of this case and worked in the Crime Reduction Unit.

8. Lieutenant Tom Spjut, Investigator, Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney

City of Houston, Legal Department
900 Bagby, Third Floor
Houston, TX 77002
(832) 393-6300
Lieutenant Spjut has knowledge of internal affairs complaint # 36801-2010.

9. Sergeant D. Boggard, Investigator, Houston Police Department
c/o Shani A. Dennis, Assistant City Attorney
City of Houston, Legal Department
900 Bagby, Third Floor
Houston, TX 77002
(832) 393-6300
Sergeant Boggard has knowledge of internal affairs complaint # 36801-2010.

10. Captain Mark Holloway Houston Police Department
c/o Shani A. Dennis, Assistant City Attorney
City of Houston, Legal Department
900 Bagby, Third Floor
Houston, TX 77002
(832) 393-6300
Captain Holloway has knowledge and facts of the case and was the commander of the Central Division.

11. Executive Chief K.A. Munden, Houston Police Department
c/o Shani A. Dennis, Assistant City Attorney
City of Houston Legal Department
900 Bagby, Third Floor
Houston, TX 77002
(832) 393-6300
Assistant Chief Munden has knowledge regarding HPD policies and procedures and the facts of this case, he will serve as the Department's representative.

12. Captain Zera
c/o Shani A. Dennis, Assistant City Attorney
City of Houston Legal Department
900 Bagby, Third Floor
Houston, TX 77002
(832) 393-6300
Captain Zera set on Administrative Disciplinary Committee ('ADC') responsible for making recommendations to the Chief of Police relating to Plaintiff's temporary suspension and finding of untruthfulness.

13. Sergeant Jodie Crawford
    Houston Police Department
    Central Patrol, Night Shift
    1200 Travis Street
    Houston, Texas 77002
    Oversaw Plaintiff's involuntary transfer from CRU to Central; was Plaintiff's immediate superior at Central until May, 2012.

14. Melvin L. Tucker, MPA
    5929 Fordland Drive
    Raleigh, NC 27606
    (919) 851-6860
    (919) 851-6861 (fax)
    Plaintiff's expert; see expert testimony report [Doc # 173, 185].

15. William B. Stewart Jr., CPA
    7887 San Felipe St.
    Houston, Texas, 77063
    (713) 974-2928
    bstewartcpa@aol.com
    Plaintiff's expert; see expert testimony report [Doc # 172, 203].

21. Officer Josh Horn Houston Police Department
    c/o Shani A. Dennis, Assistant City Attorney
    City of Houston, Legal Department
    Bagby, Third Floor
    Houston, TX 77002
    (832) 393-6300
    Officer Horn has knowledge about the facts of this case and works in the Crime Reduction Unit.

The following individuals have personal knowledge of relevant facts in this cause of action and **may** be called as witnesses for trial:

1. Deidre Harris, Staff Attorney, Houston Police Department Legal Services
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300

    Ms. Harris has knowledge of HPD's polices and procedures as it relates to HPD Legal Services Unit and disseminating confidential information.

2. Sandra Robinson, Former Staff Attorney
   Houston Police Department Legal Services
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Mrs. Robinson has knowledge of HPD's polices and procedures as it relates to HPD Legal Services Unit and disseminating confidential information.

3. Chad T. Hoffman
   Houston Police Officer's Union
   1600 State Street, Suite 200
   Houston, Texas 77007
   (832) 200-3420
   Attorney at HPOU; represented Plaintiff in appeal of November 15, 2010 ten-day temporary suspension.

4. Bret Ligon, DA
   207 W. Phillips, 2nd Floor
   Conroe, Texas 77301
   (936) 539-7800
   (936) 760-6940 (fax)
   Attorney at HPOU; represented Plaintiff during period of harassment at CRU; advised Plaintiff's of proper course of action while at the CRU.

5. Officer Michelle Mize, Houston Police Department
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Officer Mize has information regarding Plaintiff's damages.

6. Rita Zamora, City of Houston Administrative and Regulatory Affairs
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston, Legal Department
   900 Bagby, Third Floor, Houston, TX 77002
   (832) 393-6300

    Testify about the contents of Officer C. M. Zamora's departmental file; testify about HPD policy and procedures as they relate to discipline, expunction of records, and record keeping; testify about policies and procedures as it relates to processing of employment records and files between various departments of the Houston Police Department.

7. Shelia Bailey
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Testify about the contents of Officer C. M. Zamora's official/personnel file; testify about HPD policy and procedures as they relate to discipline, expunction of records, and record keeping; testify about policies and procedures as it relates to processing of employment records and files between various departments of the Houston Police Department.

8. Alisa Franklin-Brocks Human Resources
   c/o Shani A. Dennis, Assistant City Attorney
   City of Houston Legal Department
   900 Bagby, Third Floor
   Houston, TX 77002
   (832) 393-6300
   Testify about the contents of Officer C. M. Zamora's civil service file; testify about HPD policy and procedures as they relate to discipline, expunction of records, and record keeping; testify about policies and procedures as it relates to processing of employment records and files between various departments of the Houston Police Department.

9. Clint Greenwood, ADA
   Harris County District Attorney's Office
   1201 Franklin, Suite 600
   Houston, Texas 77002-1923
   (713) 755-5800
   ADA with Harris County; declined to accept criminal charges on Plaintiff and Lieutenant M. F. Zamora; relates to IAD # 36801-2010.

10. Lieutenant Ken Miller
    Central Division, Night Shift
    1200 Travis Street
    Houston, Texas 77002
    Plaintiff's supervisor at Central; observed Plaintiff's work performance.

11. Sergeant Larry Mikel
    Houston Police Department
    Central Division, Night Shift
    1200 Travis Street
    Houston, Texas 77002
    Plaintiff's supervisor at Central; observed Plaintiff's work performance.

12. Chief Charles McCelland
    c/o Shani A. Dennis, Assistant City Attorney
    City of Houston Legal Department
    900 Bagby, Third Floor
    Houston, TX 77002
    (832) 393-6300
    Testify about discipline given by Officer C. M. Zamora's as a result of IAD # 36801-2010; testify about HPD policy and procedures as they relate to discipline, expunction of records, and record keeping; testify about procedures relating to investigations conducted by IAD; testify about policies and procedures as it relates to processing of employment records and files between various departments of the Houston Police Department; testify about polices as stated in the IAD Training Manuel; Corrective Action Manuel; 2001 and 2011 Meet and Confer Agreements

13. Custodian of Business Records
    Texas Commission on Law Enforcement Standards and Education
    6330 E Highway 290, Suite 200
    Austin, TX 78723-1035
    (512) 936-7700

14. Custodian of Business Records
    Houston Police Officer's Union
    1600 State Street
    Houston, Texas 77007
    713-237-0282

15. Custodian of Business Records
    The 100 Club
    1233 West Loop South, Suite 1250
    Houston, Texas 77027
    713-952-0100

16. Custodian of Business Records
    Gloria M. Rincones
    1325 Palm Boulevard, Suite C-2

    Brownsville, Texas 78520
    956-554-9558

17. Custodian of Business Records ticketstop.com
    335 Pennbright Dr # 104
    Houston, Texas 77090-5909
    281-836-1050

12. Custodian of Business Records
    Houston Police Department

                                        Respectfully submitted,

                                        **THE OGG LAW FIRM**

                                        _____
                                        KIM K. OGG
                                        SBN: 15230200
                                        R. SCOTT POERSCHKE
                                        SBN: 24067822
                                        3215 Mercer, Suite 100
                                        Houston, Texas 77027
                                        (713) 974-1600
                                        (713) 621-2106 (fax)
                                        kimogg@ogglawfirm.com
                                        scott@ogglawfirm.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Witness List has been served upon the following by the method indicated:

Shani Ain Dennis                          *Via the Southern District ECF system*
City of Houston
900 Bagby
PO Box 368
Houston, TX 77001
832-393-6300
Fax: 832-393-6259
Email: shani.dennis@houstontx.gov

Dated: July 11, 2013

_____
KIM K. OGG