# HEARING MINUTES AND ORDER

**Cause Number**:  07CV4510

**Style**:  Manuel F. Zamora v. City of Houston

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Kimbra Ogg/Robert McKnight Jr | Plaintiff |
| Shani Dennis/Donald Fleming/Suzanne Chauvin | Defendant |

**Date**: August 20, 2013     **ERO**:  Yes
**Time**: 8:35 a.m. - 12:45 p.m.     **Interpreter**:
         2:19 p.m. - 5:55 p.m.

**At the hearing the Court made the following rulings**:

2nd day of trial. Plaintiff's evidence continues.

**SIGNED** at Houston, Texas this 20th day of August, 2013.

_____
Nancy F. Atlas
United States District Judge